UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC - 8 2014
12-8-2014
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

1 - PABLO VEGA CUEVAS,
2 - ARTURO MARTINEZ,
3 - ALEXANDER FIGUEROA,
4 - ELISEO BETANCOURT-PEREIRA,
5 - WILFREDO FLORES-SANTOS,
6 - ROBERTO SANCHEZ,
7 - JOSE RODRIGUEZ, and
8 - ISAIAS MANDUJANO

CASE NUMBER:

14 CR 705

MAGISTRATE JUDGE SCHENKIER

**UNDER SEAL**

**GOVERNMENT'S MOTION TO SEAL**
**COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS**

Now comes the UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrants:

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter before the arrest warrants can be executed could alert the defendants and result in their flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until the

time of arrest of all defendants in this case or further order of the Court, whichever occurs earlier.

DATE: December 8, 2014

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: ______________________

NICOLE M. KIM
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-7635