

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 14 CR 705-4 |
| v. | ) | Magistrate Judge: Sidney I. Schenkier |
| Eliseo Betancourt-Pereira | ) | |

## ORDER

Initial appearance held. Spanish interpreter present and sworn in. Defendant Eliseo Betancourt-Pereira appears in response to arrest on 12/09/14. Defendant advised of charges and penalties available under the law and informed of his rights. The Court finds defendant is unable to afford counsel. Enter order appointing Steven R. Shanin as counsel for defendant. The Government orally moves that the defendant be kept in custody while the case is decided on the grounds that if released he poses a risk of flight and danger to the community. By agreement, the matter is set for a detention hearing and a status on preliminary examination hearing before the magistrate judge on 12/11/14 at 3:30 p.m. in Courtroom #1743. As stated on the record, defendant is advised that Mexico does not require mandatory consular notification. By agreement of the parties, the Government is to notify the Mexican Consulate of this prosecution. The Government's unopposed oral motion for leave to file a motion for entry of protective order governing discovery as to all defendants is granted. For the reasons stated on the record, the Government's unopposed motion for entry of protective order governing discovery is granted. Enter protective order governing discovery. Defendant shall remain in federal custody pending the detention and status on preliminary examination hearings or until further order of the Court.

(T: 00:10)

Date: December 9, 2014

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE