UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ISAIAS MANDUJANO ) | |
| ) | |
| ) | |
| ) | No. 14 CR 705-8 |
| ) | Magistrate Judge Sidney I. Schenkier |

FILED
JAN 28 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on December 22, 2014 and modified on January, 2015 for and in consideration of bond being set by the Court for defendant ISAIAS MANDJUANO (the "defendant") in the amount of $100,000 being partially secured by real property, ALICIA M. GALVAN, (GRANTOR) hereby understands, warrants and agrees:

1. ALICIA M. GALVAN warrants that she is the sole record owner and titleholder of the real property located at 809 Corbin Street, Rockford, Illinois, and described legally as follows:

> LOT NINE (9) IN BLOCK FIFTY-FOUR (54) AS DESIGNATED UPON THE PLAT OF T.D. ROBERTSON'S ADDITION TO THE CITY OF ROCKFORD, THE PLAT OF WHICH ADDITION IS RECORDED IN BOOK 42 OF DEEDS ON PAGE 341 IN THE RECORDER'S OFFICE OF WINNEBAGO COUNTY, ILLINOIS; SITUATED IN THE COUNTY OF WINNEBAGO AND THE STATE OF ILLINOIS.

Permanent Index Number(s):    11-27-131-009
(the "subject property")

2. ALICIA M. GALVAN warrants that there are no outstanding mortgages against the subject property and that her equitable interest in the property is at least $30,000.

3. ALICIA M. GALVAN has received a copy of the Court's Order Setting Conditions of Release and understands its terms and conditions.

4. ALICIA M. GALVAN understands and agrees that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5. ALICIA M. GALVAN agrees that public docket entries and filings in the above-captioned matter constitute adequate notice to the surety of all judicial proceedings in the case. ALICIA M. GALVAN understands that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, ALICIA M. GALVAN waives any right to receive notice of judicial proceedings from the United States or the Court.

6. ALICIA M. GALVAN understands and agrees that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. ALICIA M. GALVAN agrees that her equitable interest in the above-described real property shall be forfeited to the United States of America should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. ALICIA M. GALVAN agrees to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. ALICIA M. GALVAN understands that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. ALICIA M. GALVAN understands and agrees that, should the defendant fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, ALICIA M. GALVAN will be liable to pay the difference between the bond amount of $100,000 and her equitable interest in the subject property, if any, and ALICIA M. GALVAN hereby agrees to the entry of a default judgment against her for the amount of any such difference.

11. ALICIA M. GALVAN agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. ALICIA M. GALVAN understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, she

is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. ALICIA M. GALVAN agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Winnebago County Recorder's Office as notice of encumbrance in the amount of the bond.

14. ALICIA M. GALVAN hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. ALICIA M. GALVAN understands and agrees that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 01/26/2015

_Alicia Galvan_
ALICIA M. GALVAN
Surety/Grantor

State of <u>Illinois</u>, County of <u>Winnebago</u> ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **Alicia M. Galvan,** personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and wavier of the right of homestead.

Given under my hand and official seal, this 26 day of January 2015

_Deborah S. Sarver_
NOTARY PUBLIC
Commission expires 04/24/18 . _Deborah S. Sarver_, Notary Public.
(date)                              (name)

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

[SEAL: DEBORAH S. SARVER / OFFICIAL SEAL / Notary Public - State of Illinois / My Commission Expires April 24, 2018]