UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 14 CR 705 |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| ISAIAS MANDUJANO | ) | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States, through its attorney, ZACHARY T. FARDON, respectfully moves this Court to dismiss the complaint in the above-captioned case against the above-captioned defendant pursuant to Federal Rule of Criminal Procedure 48(a).

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

BY:   /s/Georgia N. Alexakis
    GEORGIA N. ALEXAKIS
    Assistant United States Attorney
    219 S. Dearborn, 5th Floor
    Chicago, Illinois 60604
    (312) 353-5300

Dated: March 16, 2015