### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff | ) | Case No:   14 CR 705-8 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Isaias Mandujano | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### ORDER

Government's motion to dismiss Isaias Mandujano [88] is granted. The complaint is dismissed as to Defendant Isaias Mandujano. The 3/19/2015 motion hearing [89] is stricken.

Date: 3/17/2015                              /s/ Gary Feinerman