# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                  Case No.: 1:14–cr–00705
                                                         Honorable Gary Feinerman

Pablo Vega Cuevas, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 8, 2016:

      MINUTE entry before the Honorable Gary Feinerman:as to Pablo Vega Cuevas, Alexander Figueroa, Eliseo Betancourt–Pereira, Santos Wilfredo Sorto Hernandez, Roberto Sanchez, Jose Rodriguez. By agreement of the parties, final pretrial conference set for 9/26/2016 at 3:00 p.m. Santiago proffer, 404(b) motion, and motions in limine shall be filed by 8/29/2016. Jury instructions and voir dire shall be filed by 9/5/2016. Responses to Santiago proffer, 404(b) motion and motions in limine shall be filed by 9/12/2016. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.