

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Arturo Martinez

Fugitive Judge *Fugitive Calendar

Case No. 14-CR-705

Designated Magistrate Judge
Sidney I. Schenkier

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

**Judge Gary Feinerman**

Date: Tuesday, September 13, 2016

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Tuesday, September 13, 2016

District Reassignment - Named Judge

**Reason(s) For Recommendation:**

- IOP 13(a)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

...........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge