UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 14 CR 705-7 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Hon. Gary Feinerman |
| JOSE RODRIGUEZ | ) | |

**JOINT STATUS REPORT**

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Jose Rodriguez, through his attorneys, Lisa Noller and Josephine Park, respectfully submit this joint status report in the above-referenced matter:

1.      On September 6, 2017, Rodriguez was charged in a superseding indictment of possession with intent to distribute one kilogram or more of heroin, in violation of Title 21, United States Code, Section 841(a)(1). Dkt. 270. On or about September 8, 2017, Rodriguez was reassigned to the fugitive calendar. Dkt. 276.

2.      On or about October 17, 2019, Rodriguez was arrested in the Western District of Texas and removed in custody to the Northern District of Illinois. On or about December 3, 2019, Rodriguez made his initial appearance before Judge Sidney I. Schenkier. Dkt. 337. Following his initial appearance and arraignment on the superseding indictment, Rodriguez waived without prejudice his right to a detention hearing. Dkt. 340. Rodriguez is currently in custody at the MCC.

1

3.      On February 24, 2020, Rodriguez filed a motion requesting, among other things, *Brady*, *Giglio*, and § 3500 statements from the government relevant to him. Dkt. 351. The government has been producing requested documents to Rodriguez on a rolling basis. During a March 4, 2020 status hearing, the parties represented that they were attempting to resolve the case short of trial and requested additional time to work on plea negotiations. Dkt. 354. As a result, this Court continued Rodriguez's previously filed pre-trial motion and set a status hearing for April 29, 2020. *Id*.

4.      Since March 16, 2020, the deadlines in this case have been continued pursuant to the COVID-19 orders issued by the Court. Because of various difficulties resulting from the ongoing pandemic, including counsel's inability to meet with Rodriguez face-to-face, Rodriguez's limited accessibility to telephone and email communications, and an unusually slow U.S. Mail delivery to the MCC, communications between Rodriguez and his counsel have been limited.

5.      Rodriguez also has filed a petition to expunge a prior marijuana conviction in the Circuit Court of Cook County, Illinois. Defense counsel cannot provide an update on the status of the petition because the Clerk of the Court's office has been closed. The outcome of that petition will affect Rodriguez's criminal history and also plea negotiations in this case.

6.      Discussions regarding a possible resolution are ongoing between the parties; therefore, the parties respectfully request that the Court set a status hearing

on July 20, 21 or 22, 2020, and continue Rodriguez's pre-trial motion (Dkt. 351) to

that status hearing date.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

BY:     /s *Nicole M. Kim*
        NICOLE M. KIM
        Assistant United States Attorney
        United States Attorney's Office
        219 S. Dearborn St.
        Chicago, Illinois 60604

3