**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 14 CR 705 |
| | ) | Judge Gary Feinerman |
| JOSE RODRIGUEZ | ) | |

**DEFENDANT JOSE RODRIGUEZ'S EXHIBIT LIST FOR EVIDENTIARY HEARING**

Defense Exhibit 1:   Phone record 1 for 872-223-2286

Defense Exhibit 2:   Phone record 2 for 872-223-2286

Defense Exhibit 3:   Phone record 3 for 872-223-2286

Defense Exhibit 4:   Pen register data for telephone number 331-575-7275 from 06/06/2014 to 06/07/2014

Defense Exhibit 5:   Subpoena response from Sprint for telephone number 872-223-2286

Defense Exhibit 6:   Video recording of Aurora Police Department dash camera footage, June 7, 2014 (back seat view)

Defense Exhibit 7:   Video recording of Aurora Police Department dash camera footage, June 7, 2014 (back seat view)